# JOHN M. HOLLIDAY
### ATTORNEY AT LAW

GOLDEN CREST CORPORATE CENTER
2273 ROUTE 33, SUITE 207
TRENTON, NJ 08690

CERTIFIED CRIMINAL TRIAL
ATTORNEY

MEMBER NEW JERSEY BAR

TELEPHONE:  (609) 587-1010
FAX:  (609) 587-9950

E-MAIL: JOHNHOLLIDAYLAW
@GMAIL.COM

November 21, 2025

***Via ECF***
Honorable Zahid N. Quraishi
United States District Judge
U.S. District Court, District of N.J.
Clarkson S. Fisher Federal Bldg.
   & U.S. Courthouse
402 E. State Street, Room 4000
Trenton, New Jersey 08608

RE:    U.S.A. v. Jeffrey Kniffin
       Criminal No. 25-473 (ZNQ)

Dear Judge Quraishi:

It is respectfully requested on behalf of Mr. Kniffin that Your Honor apply the 2025 Guidelines Edition with respect to his sentencing scheduled on November 24, 2025 at 11:00 o'clock a.m.

As to the guideline calculations set forth in the plea agreement and the PSR (both based upon the 2024 edition), the only change pertains to an enhancement set forth at §2B3.1(b)(2)(B).

I appreciate Your Honor's attention to this matter.

Respectfully yours,

/s/ John M. Holliday, Esq.
JOHN M. HOLLIDAY, ESQUIRE

JMH/rlf
cc:    Jonathan Garelick, AUSA (via email)
       Laura M. Kellogg, USPO (via email)
       Jeffrey Kniffin (via regular mail)