# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## <u>MINUTES OF PROCEEDINGS</u>

**OFFICE:**  TRENTON                                    **DATE:**  NOVEMBER 24, 2025

**JUDGE ZAHID N. QURAISHI**

**COURT REPORTER:** MEGAN MCKAY-SOULE

**TITLE OF CASE:**                                    **DOCKET # 3:25-CR-473-1 (ZNQ)**
UNITED STATES OF AMERICA
                        vs.
JEFFREY KNIFFIN
                DEFENDANT PRESENT

**APPEARANCES:**
Jonathan Garelick, AUSA for Government
John Holliday, CJA for Defendant
Laura Kellogg, U.S. Probation

**NATURE OF PROCEEDINGS**:  SENTENCING
Imprisonment: 63 months.
Supervised Release for a term of 3 years, with special conditions.
Fine: Waived.
Restitution: $1,938.00
Special Assessment: $100.00.
Order of Restitution to be filed.
Order of Forfeiture to be filed.
Defendant advised of right to appeal.
Defendant remanded.

Time Commenced:   11:00 AM
Break: 11:35 AM-11:45 AM
Time Adjourned:     11:55 AM
Total Time:   45 mins.

                                                    <u>s/ Kimberly Stillman</u>
                                                    **DEPUTY CLERK**